UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LAURIE ANN LAUTMAN, | ) CASE NO. 1:12-cv-01659-SKO |
| Plaintiff, | ) STIPULATION AND ORDER FOR A |
| vs. | ) FIRST EXTENSION |
| | ) OF 30 DAYS FOR DEFENDANT |
| CAROLYN W. COLVIN, | ) TO FILE HER OPPOSITION TO |
| Acting Commissioner of Social Security, | ) PLAINTIFF'S OPENING BRIEF |
| Defendant.[1] | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties hereby stipulate through their undersigned counsel, subject to the approval of the Court, that Defendant shall have an extension up to and including July 10, 2013, to file her Opposition to Plaintiff's Opening Brief.  This extension is necessary because the parties continue to conduct settlement discussions pursuant to the initial scheduling order in this case.

Based on the initial scheduling order, Defendant's Opposition is due June 10, 2013.  The parties request a 30-day extension for Defendant's deadline, up to and including July 10, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

MANUEL D. SERPA

Dated: June 7, 2013   By: /s/ *Manuel D. Serpa*
MANUEL D. SERPA
(As authorized by email on June 7, 2013)

Attorneys for Plaintiff

Dated: June 7, 2013   BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Daniel Talbert*
DANIEL TALBERT
Special Assistant U. S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for the Commissioner to file her responsive brief is GRANTED;

2. Defendant's responsive brief shall be filed **on or before July 10, 2013**; and

3. Plaintiff may file an optional reply brief **on or before July 29, 2013**.

IT IS SO ORDERED.

Dated:   **June 10, 2013**              /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE