UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LAURIE A. LAUTMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>  Defendant.[1] | CASE NO. 1:12-cv-01659-SKO<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Order to Remand      1

1  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.
2  § 405(g), sentence four.
3      Upon remand from the Court, the Appeals Council will remand the case to an Administrative
4  Law Judge (ALJ) for a new hearing and a new decision.  The ALJ will give Plaintiff an opportunity
5  for a hearing, reevaluate the medical source opinions from Plaintiff's treating physicians (Drs. Berry
6  and Malerich), and provide the weight that was accorded to those opinions, and if rejecting the
7  opinions provide specific and legitimate reasons for doing so; reevaluate Plaintiff's credibility and
8  subjective complaints; reassess the mental and physical residual functional capacity and obtain, if
9  necessary, supplemental vocational expert testimony to assist in determining what jobs exist for
10 Plaintiff given her age, education, vocational factors, and residual functional capacity.
11     The parties further request that the Clerk of the Court be directed to enter a final judgment in
12 favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final
13 decision of the Commissioner.

Respectfully submitted,

DATED: June 14, 2013            *s/ Manuel D. Serpa*
                                MANUEL D. SERPA
                                (as authorized by email)

                                Attorney for Plaintiff

                                BENJAMIN B. WAGNER
                                United States Attorney

DATE: June 14, 2013      By     *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                Special Assistant United States Attorney

                                Attorneys for Defendant

25 ///
26 ///
27 ///
28 ///

Stip. & Order to Remand            2

**ORDER**

IT IS SO ORDERED.

Dated:   **June 19, 2013**                               **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE