BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LAURIE ANN LAUTMAN,<br><br>    Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant.[1] | CASE NO. 1:12-cv-01659-SKO<br><br>STIPULATION AND ORDER<br>FOR THE AWARD OF ATTORNEY FEES<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C. § 2412(d) |

    The parties hereby stipulate, by and through their undersigned counsel, and subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND FIVE HUNDRED dollars ($4,500) and costs in the amount of THREE HUNDRED

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Order for EAJA Fees                                                            1

1  FIFTY dollars ($350) pursuant to 28 U.S.C. § 1920.  This amount represents compensation for all
2  legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action,
3  in accordance with 28 U.S.C. § 2412.
4      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will
5  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.
6  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend
7  on whether the fees, expenses are subject to any offset allowed under the United States Department of
8  the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the
9  government will determine whether they are subject to any offset.
10     Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
11 determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
12 fees to be made directly to Harry J. Binder and Charles E. Binder, PC, pursuant to the assignment
13 executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.
14     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
15 fees and expenses, and does not constitute an admission of liability on the part of Defendant under
16 the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any
17 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and
18 expenses in connection with this action.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted July 23, 2013.

DATED: July 23, 2013              *s/ Manuel D. Serpa*
                                  MANUEL D. SERPA
                                  (as authorized by email)

                                  Attorney for Plaintiff

                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATE: July 23, 2013          By   *s/ Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall be awarded FOUR THOUSAND FIVE HUNDRED dollars ($4,500) in attorney's fees and THREE HUNDRED FIFTY dollars ($350) in costs, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **July 24, 2013**                                  **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE